UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALVIN SUAREZ, on behalf of himself and all others similarly situated,

                Plaintiff,

-against-

ENERGY FOR ALL, LLC,

                Defendant.

24-CV-6929 (JGLC)

**ORDER**

---

JESSICA G. L. CLARKE, United States District Judge:

    Plaintiff Alvin Suarez filed a complaint against Defendant Energy for All, LLC on September 13, 2024. ECF No. 1. Defendant was served with a copy of the complaint on October 7, 2024. ECF No. 7. Pursuant to Rule 4(d) of the Federal Rules of Civil Procedure, Defendant's deadline to answer the complaint was October 28, 2024. To date, Defendant has not answered or otherwise responded to the complaint.

    In light of the fact that Defendant has not answered or otherwise made an appearance in this action, IT IS HEREBY ORDERED that Plaintiff shall file a motion for default judgment in accordance with the Court's Individual Rules and Practices, and Southern District of New York Local Rule 55, no later than **December 4, 2024**. Failure by Plaintiff to timely file a motion for default judgment may result in dismissal for failure to prosecute.

    IT IS FURTHER ORDERED that the parties' November 21, 2024 deadline to file a joint letter (ECF No. 6) is ADJOURNED *sine die*.

Dated:  November 20, 2024
           New York, New York

                                            SO ORDERED.

                                            *Jessica Clarke*

                                            JESSICA G. L. CLARKE
                                            United States District Judge