UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALVIN SUAREZ, on behalf of himself and all others similarly situated,

Plaintiff,

-against-

ENERGY FOR ALL, LLC,

Defendant.

24-CV-6929 (JGLC)

**ORDER OF DISMISSAL**

---

JESSICA G. L. CLARKE, United States District Judge:

The Court having been advised that all claims asserted herein have been settled in principle (*see* ECF No. 9), it is ORDERED that the above-entitled action be and is hereby DISMISSED and discontinued without costs, and without prejudice to the right to reopen the action **within 45 days** of the date of this Order if the settlement is not consummated.

For the avoidance of doubt, any application to reopen **must** be filed **by the aforementioned deadline**; any application to reopen filed thereafter may be denied solely on that basis.

If the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they **must** submit the settlement agreement to the Court by the deadline to reopen to be "so ordered" by the Court. Per Section 6(a) of the Court's Individual Rules and Practices for Civil Cases, unless the Court orders otherwise, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.

Any pending motions are now moot, all conferences are cancelled, and any currently scheduled deadlines are adjourned *sine die*. The Clerk of Court is respectfully directed to CLOSE the case.

Dated: November 22, 2024
      New York, New York

SO ORDERED.

JESSICA G. L. CLARKE
United States District Judge